IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02382-BNB

PENNY HOFFERT,

    Plaintiff,

v.

DAVID R. POWELSON,
POWER WORLD, LLC,
B.W.L. HOLDINGS, LLC,
B.W.L. PARTNERSHIP, LLLP,
TRAIL RIDGE MARINA,
FIVESTAR MARINA, INC.,
FIVESTAR RENTALS,
GRAND LAKE MOTOR SPORTS,
PHLARE ORGANIZATION, LLC,
GEEZER CLUBS, LLC,
TRI-R LEASING, LLC,
TRI-R SYSTEMS CORPORATION,
TRI-R HOLDINGS, LLC,
COLORADO SPRINGS WASTE AND RECYCLING, LLC,
DATAGUARD USA, LLC,
ATTICUS, INC., and
TRM, LLC,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2011

GREGORY C. LANGHAM
                CLERK

---

## ORDER DRAWING CASE

---

On completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 21, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02382-BNB

Penny Hoffert
PO Box 2334
Granby, CO 80446

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 21, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk