IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 - 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02382-LTB-KLM

PENNY HOFFERT,

     Plaintiff,

v.

DAVID R. POWELSON,
POWER WORLD, LLC,
B.W.L. HOLDINGS, LLC,
B.W.L. PARTNERSHIP, LLLP,
TRAIL RIDGE MARINA,
FIVESTAR MARINA, INC.,
FIVESTAR RENTALS,
GRAND LAKE MOTOR SPORTS,
PHLARE ORGANIZATION, LLC,
GEEZER CLUBS, LLC,
TRI-R LEASING, LLC,
TRI-R SYSTEMS CORPORATION,
TRI-R HOLDINGS, LLC,
COLORADO SPRINGS WASTE AND RECYCLING, LLC,
DATAGUARD USA, LLC,
ATTICUS, INC., and
TRM, LLC,

     Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

     THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

     ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915,

and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED: November 1, 2011 at Denver, Colorado.

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02382-LTB-KLM

Penny Hoffert
P.O. Box 2334
Granby, CO 80446

US Marshal Service
Service Clerk
Service forms for: DAVID R. POWELSON, POWER WORLD, LLC, B.W.L. HOLDING, LLC, B.W.L. PARTNERSHIP, LLLP, TRAIL RIDGE MARINA, INC.,FIVESTAR RENTALS, GRAND LAKE MOTOR SPORTS, PHLARE ORGANIZATION, LLC GEEZER CLUBS, LLC, TRI-R LEASING, LLC., TRI-R SYSTEMS CORPORATION,TRI-R HOLDINGS, LLC, COLORADO SPRINGS WASTE AND RECYCLING, LLC, DATA GUARD USA, LLC., ATTICUS, INC., and TRM, LLC

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on DAVID R. POWELSON, POWER WORLD, LLC, B.W.L. HOLDING, LLC, B.W.L. PARTNERSHIP, LLLP, TRAIL RIDGE MARINA, INC.,FIVESTAR RENTALS, GRAND LAKE MOTOR SPORTS, PHLARE ORGANIZATION, LLC GEEZER CLUBS, LLC, TRI-R LEASING, LLC., TRI-R SYSTEMS CORPORATION,TRI-R HOLDINGS, LLC, COLORADO SPRINGS WASTE AND RECYCLING, LLC, DATA GUARD USA, LLC., ATTICUS, INC., and TRM, LLC: AMENDED COMPLAINT FILED 10148/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on November 2, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk