IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 11-cv-02382-LTB-KLM

PENNY HOFFERT,

      Plaintiff,

v.

DAVID R. POWELSON,
POWER WORLD, LLC,
B.W.L. HOLDINGS, LLC,
B.W.L. PARTNERSHIP, LLLP,
TRAIL RIDGE MARINA,
FIVESTAR MARINA, INC.,
FIVESTAR RENTALS,
GRAND LAKE MOTOR SPORTS,
PHLARE ORGANIZATION, LLC,
GEEZER CLUBS, LLC,
TRI-R LEASING, LLC,
TRI-R SYSTEMS CORPORATION,
TRI-R HOLDINGS, LLC,
COLORADO SPRINGS WASTE AND RECYCLING, LLC,
DATAGUARD USA, LLC,
ATTICUS, INC., and
TRM, LLC,

      Defendants.
_____

**AMENDED ORDER**
_____

      This case is before me on the recommendation of the Magistrate Judge issued and served on December 19, 2011 (Doc 46).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

1

ORDERED that the recommendation is accepted and this action is DISMISSED WITHOUT PREJUDICE as to Defendant Atticus, Inc. only, pursuant to Fed. R. Civ. P. 4(m).

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   January 10, 2012